IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01415-CMA-MEH

DENNIS L. MULHOLLAND and
ROBERT L. MEUSCH,

      Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Bank of Choice, #10380,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 4, 2012.**

      Plaintiffs' (Unopposed) Motion to Vacate Scheduling Conference [filed September 4, 2012; docket #17] is **granted**.[1]  The Scheduling Conference set for September 5, 2012, is hereby **vacated**. The parties are directed to file a Joint Status Report on **October 1, 2012**, regarding the necessity of resetting the Scheduling Conference.

---

[1] The Court reminds the parties of D.C. Colo. LCivR 7.1B, which states that "[i]f a motion is unopposed, it shall be entitled 'Unopposed Motion for_____.'"