IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01415-CMA-MEH

DENNIS L. MULHOLLAND, and
ROBERT L. MEUSCH,

      Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Bank of Choice, #10380,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 23, 2013.**

      Plaintiffs' (Unopposed) Verified Motion to Reschedule Status Conference [filed September 17, 2013; docket #42] is **granted**.[1]  The Status Conference set for October 1, 2013, is hereby **vacated** and **rescheduled** for **October 21, 2013, at 9:30 a.m.**

---

[1] The Court reminds the parties of D.C. Colo. LCivR 7.1B, which states that "[i]f a motion is unopposed, it shall be entitled 'Unopposed Motion for_____.'"