**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01415-CMA-MEH

DENNIS L. MULHOLLAND, and
ROBERT L. MEUSCH,

    Plaintiffs,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for Bank of Choice, #10380,

    Defendant.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on June 9, 2014 it is

    ORDERED that the judgment is in favor of Federal Deposit Insurance Corporation  and against Plaintiffs Dennis L Mulholland; Robert L Meusch.

 It is further

    Ordered that this case is DISMISSED WITH PREJUDICE.

It is further

    Ordered that the Defendant shall have its costs by  the filing of a Bill of Cost  with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 10th day of June, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas
Deputy Clerk